IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILBERT J. ODEN, | ) | No. C 06-0741 JW (PR) |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| DR. M. YANEZ, et al., | ) | (Docket no. 3) |
| Defendants. | ) | |
| _____ | ) | |

On February 2, 2006, Plaintiff's complaint was transferred to this Court from the United States District Court for the Eastern District of California. A motion to proceed *in forma pauperis* was filed on February 16, 2006 (docket no. 3). Thereafter, on July 14, 2006, this Court dismissed the complaint in this civil rights case but granted Plaintiff thirty days to amend the complaint to state a cognizable claim. The court notified Plaintiff that failure to amend by the designated time would result in a dismissal of the case. Plaintiff has not filed any amendment. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The clerk shall close the file, terminate any pending motions as moot (docket no. 3) and enter judgment in this matter.

IT IS SO ORDERED.

DATED: August 31, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge